[No. 2201.]

## T. J. VAN NOY v. THE STATE.

LOCAL OPTION LAW.—PENALTY for the violation of the Local Option Law is by fine only, and no period of imprisonment can be assessed by a conviction.

APPEAL from the County Court of Fannin. Tried below before the Hon. T. B. Cox, County Judge.

The opinion states the entire case.

No brief for the appellant.

*J. H. Burts,* Assistant Attorney General, for the State.

Willson, Judge. This is an appeal from a conviction for a violation of Article 378 of the Penal Code, known as the Local Option Law. Upon the trial a jury was waived by defendant, and the cause submitted to the judge, who found the defendant guilty of the charge, and assessed his punishment at imprisonment in the county jail for the period of five days. There is no law which authorizes punishment by imprisonment for this offense. It is punishable by fine only. (Penal Code, Art. 378; *Robertson* v. *The State*, 12 Texas Ct. App., 541.)

The judgment is reversed and the cause remanded.

*Reversed and remanded.*

Opinion delivered April 21, 1883.